RICHARD L. GILLESPIE, Bar No. 275519
rgillespie@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

MATT MALER, Bar No. 343580
mmaler@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendants
REPUBLIC SERVICES, INC. &
ALLIED WASTE SERVICES,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON HAYNES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES, INC., ALLIED WASTE SERVICES, INC. and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 26-cv-03738-HSG<br><br>*[Removed from Superior Court, State of California, Contra Costa County, Case No. C26-01038]*<br><br>**ORDER GRANTING JOINT STIPULATION TO ADVANCE CASE MANAGEMENT CONFERENCE**<br><br>**[F.R.C.P. Rule 26(f) and Gen Ord. 71]**<br><br>**Before Hon. Haywood S. Gilliam**<br><br>Date: August 4, 2026<br>Time: 2:00 p.m.<br>Courtroom: Ctrm. 2, 4th Floor<br><br>Complaint Filed: March 25, 2026<br>Removal Filed: Apri 29, 2026 |

Lawrence W. Freiman, Esq. (SBN 288917)
Lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Tel: (310) 917-1004; Facsimile: (310) 300-2603

***Counsel for Plaintiff*** **DAMON HAYNES**

**ORDER**

The Court, having reviewed the Joint Stipulation to Advance the Case Management Conference scheduled for August 4, 2026 and for good cause appearing, hereby GRANTS the Parties' joint stipulation and ORDERS that:

The Case Management Conference currently scheduled for August 4, 2026 at 2:00 PM be vacated and a Case Management Conference be set for July 30, 2026 at 2:00 PM in the above-reference Court.

DATE: 7/15/2026

HON. HAYWOOD S. GILLIAM, JR.
District Judge for the Northern
District of California

☒ **BY NOTICE OF ELECTRONIC FILING**, which is a notice automatically generated by the CM/EF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as “ATTORNEY TO BE NOTICED.”

I hereby certify that I am employed in the Office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on July 14, 2026, at Fresno County, California.

***/s/ Erendira Herrera***

Erendira Herrera

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
559.244.7500